**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Shirley Whitcup FEINSTEIN, Administratrix of the Estate of Harry H. Whitcup, Deceased, Defendant-Appellant.
No. 27498.**

United States Court of Appeals
Fifth Circuit.

Nov. 24, 1969.

Rehearing Denied Dec. 29, 1969.

James Stillman, Leo Greenfield, Street & Greenfield, Miami, Fla., for appellant.

William A. Meadows, Jr., U. S. Atty., Miami, Fla., Johnnie M. Walters, Asst. Atty. Gen., Lee A. Jackson, Gilbert E. Andrews, Ann E. Belanger, Attys., U. S. Dept. of Justice, Tax Division, Washington, D. C., for appellee.

Before RIVES, BELL, and DYER, Circuit Judges.

PER CURIAM:

The District Court granted summary judgment for the government on its claim against taxpayer-appellant for $6,129.56 in interest on estate taxes. The assignments of error center on the contention that disputed factual issues prevented the use of the summary judgment procedure. After carefully examining the record we conclude that there was no material issue of fact in controversy. It was thus proper to dispose of the case by summary judgment.

Affirmed.

**UNITED STATES of America,
Appellee,**

v.

**Raymond FRANK, Appellant.
No. 225, Docket 31137.**

United States Court of Appeals
Second Circuit.

Argued Oct. 31, 1969.

Decided Dec. 17, 1969.

Peter L. Truebner, Asst. U. S. Atty., New York City (Gary P. Naftalis, Asst. U. S. Atty., and Robert M. Morgenthau, U. S. Atty. for Southern District of New York, New York City, on the brief), for appellee.

Phylis Skloot Bamberger, New York City (Milton Adler, New York City, on the brief), for appellant.

Before MEDINA, MOORE and FEINBERG, Circuit Judges.

PER CURIAM:

The Supreme Court having affirmed the decision of this Court in United States v. Minor, 398 F.2d 511 (1968) (opinion by Judge Kaufman), involving the precise legal issues arising out of the application of 26 U.S.C. Section 4705 (a) and the Regulations promulgated thereunder, Minor v. United States, 396 U.S. 87, 90 S.Ct. 284, 24 L.Ed. 283 (U. S. December 8, 1969), the judgment appealed from is affirmed.